**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

AMIR FAKHRAVAR,

     Plaintiff,

     v.

ISLAMIC REPUBLIC OF IRAN,

     Defendant.

Case No. _____

**COMPLAINT FOR VIOLATION OF THE**
**FOREIGN SOVEREIGN IMMUNITIES ACT**

## I.    INTRODUCTION

1.     Plaintiff Amir Abbas Fakhravar seeks damages under the Foreign Sovereign Immunities Act, 28 U.S.C. §1602 *et seq.*, for injuries caused by the Islamic Republic of Iran, specifically its Islamic Revolutionary Guard Corps ("IRGC") and agents in the United States, in connection with a campaign of terrorist attacks and intentional tortious acts, including targeted surveillance, harassment, kidnapping and hostage-taking attempts, and assassination attempts directed at Mr. Fakhravar, his colleagues, and his family.

2.     Mr. Fakhravar is an award-winning author, activist, and vocal critic of the repressive, theocratic regime governing the Islamic Republic of Iran and of the regime's notoriously brutal and terroristic IRGC.  He regularly criticizes the Iranian regime and the IRGC for their atrocities committed against young Iranians and students, jailed journalists and dissidents, and other political prisoners.  Mr. Fakhravar speaks on college campuses, the international stage, and through digital broadcasts (*e.g.*, on his YouTube channel).

3.     Mr. Fakhravar is also a co-founder and the Senate Chairman of the National Iranian Congress, and President of the Iranian Freedom Institute in Washington, D.C.  In those roles, he advocates for regime change in Iran, lobbies the U.S. Congress, and pushes for Iranian adoption of a secular constitution modeled on the U.S. Constitution.[1]

4.     Born in Iran, Mr. Fakhravar became an opponent of the regime early in life.  He was repeatedly imprisoned and tortured by the Iranian regime and its agents for his anti-regime activism.

---

[1] *See* Kenneth Katzman, *Iran: Internal Politics and U.S. Policy Options*, Cong. Research Serv. RL 32048 (May 20, 2020) ("U.S.-based Amir Abbas Fakhravar[] believes in regime replacement and in 2013 formed a 'National Iran[ian] Congress' that has drafted a U.S.-style, secular constitution for a future republic of Iran.").

5.      Mr. Fakhravar eventually managed to escape the country, after which he came to the United States.  Mr. Fakhravar became a U.S. citizen in August 2019.  Once in the United States, Mr. Fakhravar continued to criticize the regime.  His long-running, vocal opposition made him a target of the IRGC.  The regime's campaign of terror against Mr. Fakhravar has lasted decades, and it continues to this day.

6.      The IRGC directed its agents located in the United States to surveil Mr. Fakhravar and his family; to make death threats and otherwise harass Mr. Fakhravar through telephone calls and social media channels; and to carry-out IRGC schemes to abduct or assassinate Mr. Fakhravar.

7.      The terrorism and tortious acts of these IRGC agents have caused Mr. Fakhravar severe emotional harm.  The Islamic Republic of Iran is liable to Mr. Fakhravar for the injuries it caused by deliberately surveilling, harassing, intimidating, and attempting to injure and/or kill him and his family members.

## II.   JURISDICTION AND VENUE

8.      This Court has personal and subject-matter jurisdiction over Mr. Fakhravar's claims under 28 U.S.C. §§1330(a), 1330(b), 1331, 1332(a)(2), 1605(a)(5), 1605A, and 1606.

9.      With limited exceptions not applicable here, 28 U.S.C. §§1605 and 1606 confer upon Mr. Fakhravar a federal private right of action against a foreign state for personal injury occurring in the United States and caused by the tortious act or omission of that foreign state or of any official or employee of that foreign state while acting within the scope of his office or employment.  Title 28 U.S.C. §1605A confers upon Mr. Fakhravar a federal private right of action against a foreign state for personal injury or death that was caused by an act of torture, extrajudicial killing, aircraft sabotage, hostage taking, or the provision of material support or resources for such an act if such act or provision of material support or resources is engaged in

by an official, employee, or agent of such foreign state while acting within the scope of his or her office, employment, or agency.

10.     Venue is proper in this District under 28 U.S.C. §1391(f)(4).

## III.   THE ISLAMIC REPUBLIC OF IRAN'S HISTORY OF TARGETING, HARASSING, AND EXECUTING DISSIDENTS

11.     The Islamic Republic of Iran is a foreign state that was designated as a State Sponsor of Terrorism in 1984, and it has remained so-designated continuously since.

12.     The Islamic Republic of Iran is politically and ideologically hostile to the United States, its allies, and perceived and actual opponents of the Islamic regime governing Iran.  Since the Islamic regime ascended to power in 1979, the Islamic Republic of Iran consistently has provided material support and resources for acts of international terrorism targeting the United States and its overseas interests.

13.     To maintain its vice grip on civil society, the Iranian regime has targeted dissidents and other regime opponents, stifling dissent through extrajudicial or quasi-judicial assassinations.

14.     The Islamic Republic of Iran uses the IRGC to suppress dissent.  The IRGC was established to safeguard the Islamic revolution—including by committing acts of violence against the Iranian people within Iran and opponents of the regime who are located outside Iran.

15.     Beginning in 1990, the IRGC transferred responsibility for activities outside Iran to its subordinate branch, the Qods Force.

16.     The IRGC was designated a Foreign Terrorist Organization in 2019.  The Qods Force was designated as a Specially Designated Global Terrorist in 2007, and it was designated as a Foreign Terrorist Organization in 2019.

17.     The IRGC, including its Qods Force and IRGC agents outside Iran, have a long and well-documented history of surveilling, harassing, abducting, and assassinating those deemed to be enemies of the Iranian regime—including anti-regime activists living in the United States.

18.     Indeed, "[f]or decades, the Quds Force has engaged in many assassination attempts, terrorist plots, and other violence against those whom the Iranian regime views as enemies, including through ongoing plots against U.S. citizens."[2] "Iran has targeted Iranian dissidents in the United States to suppress anti-regime protests and calls for social and political reform in Iran."[3]

19.     The IRGC remains "capable of variety of attack options against US targets," including "targeted assassinations of individuals who are deemed to be a threat to the regime," according to FBI officials.[4]

20.     The risk of an IRGC assassination on U.S. soil is far from theoretical.  IRGC agents have in fact attempted to carry out assassinations on U.S. soil.

---

[2] *Examining the Current State of Iran's Axis of Resistance and the Implications for Homeland Security and U.S. Interests* before the H. Comm. on Homeland Sec. (Mar. 20, 2024) (Prepared statement of Elizabeth Richard).

[3] *Examining the Current State of Iran's Axis of Resistance and the Implications for Homeland Security and U.S. Interests* before the H. Comm. on Homeland Sec. (Mar. 20, 2024) (Prepared statement of Elizabeth Richard); *see* Superseding Indictment, *United States v. Farahani et al.*, 21cr430, (S.D.N.Y. July 13, 2021), Dkt. 14 (Iran "target[s] dissidents who oppose the regime's violations of human rights, suppression of democratic participation and freedom of expression, and corruption."); *id.* (Targets for the IRGC's violence include "Iranian expatriates lawfully residing" in the United States.).

[4] *Examining the Current State of Iran's Axis of Resistance and the Implications for Homeland Security and U.S. Interests* before the H. Comm. on Homeland Sec. (Mar. 20, 2024) (Prepared statement of Robert Wells); *see also* Human Rights Watch, *Iran: Alleged Plot to Kidnap Prominent Dissident in US* (July 14, 2021), https://www.hrw.org/news/2021/07/14/iran-alleged-plot-kidnap-prominent-dissident-us ("For decades Iranian authorities have deployed various tactics to harass, intimidate, and harm Iranian activists living abroad.").

21.     In September 2011, for example, an IRGC agent plotted the murder of Saudi Arabia's Ambassador to the United States, while he was on U.S. soil.  That plot was "directed and approved" by the IRGC and the Qods Force.[5]

a.     A more recent example:  In 2020, Jamshid Sharmahd, an Iranian dissident–journalist who became a lawful resident of the United States, was "lured by Iranian intelligence services to leave the United States."[6]  While traveling abroad, Mr. Sharmahd was "captured by Iranian intelligence services," brought to Iran, and then sentenced to death.[7]

22.     The IRGC has in recent years become increasingly brazen in its plots to abduct or assassinate U.S. citizens, on U.S. soil.

23.     According to Dr. Matthew Levitt, a former U.S. counterterrorism official who is now a fellow at the Washington Institute for Near East Policy, there has been an "'extraordinary increase'" in IRGC plots on U.S. soil since January 2020.[8]  The reason for that extraordinary increase was the assassination of the head of IRGC Qods Force, Maj. Gen. Qasem Soleimani, in a U.S. drone strike.[9]

---

[5] *Examining the Current State of Iran's Axis of Resistance and the Implications for Homeland Security and U.S. Interests* before the H. Comm. on Homeland Sec. (Mar. 20, 2024) (Prepared statement of Robert Wells).

[6] Superseding Indictment, *United States v. Farahani et al.*, 21cr430 (S.D.N.Y. July 13, 2021), Dkt. 14 at 4-5.

[7] Superseding Indictment, *United States v. Farahani et al.*, 21cr430 (S.D.N.Y. July 13, 2021), Dkt. 14 at 4-5; *see* Amnesty Int'l, *Iran: Tortured German-Iranian Sentenced to Death*, https://www.amnesty.org.uk/urgent-actions/tortured-german-iranian-sentenced-death.

[8] Shane Harris et al., *Tehran ramps up plots to kill, seize*, Wash. Post (Dec. 3, 2022).

[9] Shane Harris et al., *Tehran ramps up plots to kill, seize*, Wash. Post (Dec. 3, 2022).

24.     U.S. government assessments corroborate Dr. Levitt's finding.  A high-ranking State Department official recently testified before Congress that "[i]n the past few years, [the Department has] seen a rise in plotting attacks against American citizens or on American soil."[10]

25.     The IRGC's abduction and assassination plots focus on anti-regime "journalists and dissidents."[11]

26.     "[B]etween 2015 and 2017, Tehran is believed to have killed at least three dissidents in Western Europe, including an Iranian Arab activist who was gunned down in front of his home in The Hague."[12]

27.     In 2022, police in Britain warned of "an increase in 'credible' threats by Iranian security forces against two British Iranian journalists and their families," following "at least 10 'potential threats' to 'kidnap or even kill British or U.K.-based individuals perceived as enemies' of Iran's government."[13]

28.     Indeed, according to "government documents and interviews with 15 officials in Washington, Europe and the Middle East," the IRGC has "stepped up its efforts to kidnap and kill . . . activists and journalists around the world, including in the United States."[14]  This includes "dissidents who have fled the country for the United States."[15]

---

[10] *Examining the Current State of Iran's Axis of Resistance and the Implications for Homeland Security and U.S. Interests* before the H. Comm. on Homeland Sec. (Mar. 20, 2024) (Prepared statement of Elizabeth Richard).

[11] Miriam Berger & Babak Dehghanpisheh, *Tehran targets Iranians abroad as it struggles to quell protests*, Washington Post (Nov. 17, 2022).

[12] Shane Harris et al., *Tehran ramps up plots to kill, seize*, Wash. Post (Dec. 3, 2022); *see United States v. Farahani et al.*, 21cr430, Superseding Indictment (S.D.N.Y. July 13, 2021), Dkt. 14 at 5.

[13] Miriam Berger & Babak Dehghanpisheh, *Tehran targets Iranians abroad as it struggles to quell protests*, Washington Post (Nov. 17, 2022).

[14] Shane Harris et al., *Tehran ramps up plots to kill, seize*, Wash. Post (Dec. 3, 2022).

[15] Shane Harris et al., *Tehran ramps up plots to kill, seize*, Wash. Post (Dec. 3, 2022).

29.     Overall, the "Washington-based Abdorrahman Boroumand Center for Human Rights in Iran has identified more than 540 Iranians abroad 'whose successful assassination or kidnapping have been attributed to Iran.'  Among them have been many journalists."[16]

30.     Tactically, the IRGC and Qods Force use agents—"sleeper cells and foreign assets"—to "attack[]" "regime dissidents" who live outside Iran.[17]  Indeed, evidence suggests that these organizations "rely largely on proxies" to carry out surveillance, kidnapping, and assassination schemes.[18]

31.     For example, federal criminal authorities recently foiled IRGC plots to kidnap and assassinate Iranian-American journalist (and critic of the Iranian regime) Masih Alinejad and brought criminal charges against the agents, all members of a criminal organization, directed by the IRGC to assassinate her in New York City.  As the U.S. Attorney for the Southern District of New York stated when the charges were unsealed, "the defendants are members of an organized crime group hired to assassinate, right here in New York City, a U.S. citizen of Iranian origin who has been critical of the regime's autocracy and its disregard for human rights[.] . . . This is the second time in the past two years that this office and our partners at the FBI have disrupted plots originating from within Iran to kidnap or kill this victim for the 'crime' of exercising the

---

[16] Jason Rezaian, *The Islamic republic killed Iranian journalism. Can it be resurrected in exile?*, Washington Post (Aug. 2, 2021).

[17] Congresswoman Claudia Tenney, *Report on IRGC Terrorist Activity* (Apr. 2023), https://tenney.house.gov/sites/evo-subsites/tenney.house.gov/files/evo-media-document/2023_Tenney_Report_Opportunity_V5.pdf.

[18] Shane Harris et al., *Tehran ramps up plots to kill, seize*, Wash. Post (Dec. 3, 2022); *see id.* (Iranian "proxy operatives . . . kidnap or kill the target").

right to free speech, to independent political thought, and to advocating for the rights of the oppressed and disenfranchised inside Iran."[19]

32.     In another example, "[i]n 2018, an Iranian diplomat who was stationed in Vienna was arrested and accused of enlisting an Iranian couple living in Belgium to plant a bomb at a huge rally in Paris" for an "exiled opposition group that Iran calls a terrorist organization."[20]

33.     IRGC agents surveil dissidents by "trail[ing] their targets and collect[ing] information on their daily habits, including the routes they take to and from work, as well as any plans they may have to travel out of their home country."[21]  These IRGC agents intimidate their targets by using "digital threats and harassment, family intimidation, mobility controls, spyware, and unlawful detention."[22]

34.     These IRGC agents also use "deception" to "lure dissidents and critics to countries friendly with Tehran, where they are kidnapped or turned over [to Iran] by local authorities."[23]

35.     No longer content with merely "'collecting information so they can try to abduct and kill people,'" the IRGC is now "'actively trying to abduct and kill people.'"[24]

---

[19] U.S. Dep't of Justice, *Justice Department Announces Charges and New Arrest in Connection with Assassination Plot Directed from Iran* (Jan. 27, 2023), https://www.justice.gov/opa/pr/justice-department-announces-charges-and-new-arrest-connection-assassination-plot-directed.

[20] Shane Harris et al., *Tehran ramps up plots to kill, seize*, Wash. Post (Dec. 3, 2022).

[21] Shane Harris et al., *Tehran ramps up plots to kill, seize*, Wash. Post (Dec. 3, 2022).

[22] *Examining the Current State of Iran's Axis of Resistance and the Implications for Homeland Security and U.S. Interests* before the H. Comm. on Homeland Sec. (Mar. 20, 2024) (Prepared statement of James Dunlap).

[23] Shane Harris et al., *Tehran ramps up plots to kill, seize*, Wash. Post (Dec. 3, 2022).

[24] Shane Harris et al., *Tehran ramps up plots to kill, seize*, Wash. Post (Dec. 3, 2022) (quoting Dr. Levitt).

36.     Indeed, western intelligence officials predict that, due to "Iran's persistence," it is only a matter of time until an IRGC agent in the United States "carr[ies] out the killing of a high-profile dissident."[25]

## IV.   FACTUAL ALLEGATIONS

37.     IRGC agents in the United States have surveilled, harassed, and attempted to assassinate Mr. Fakhravar for his vocal criticism of the Iranian regime.  Among other things, these agents have systemically invaded his privacy, repeatedly threatened him with physical harm and death, and threatened violence against his family.

38.     This ongoing IRGC campaign has lasted for over a decade, and has caused Mr. Fakhravar severe and ongoing emotional harm.

### A.     Mr. Fakhravar's Anti-Regime Activism Made Him an IRGC Target

#### 1.     While He Lived in Iran, the IRGC Imprisoned and Tortured Mr. Fakhravar for His Dissent

39.     Mr. Fakhravar was born in Tehran, Iran.  While living there, he became a vocal critic of the Iranian regime and the IRGC.  In both high school and medical school, Mr. Fakhravar spoke out against the regime, and his speeches helped him gain notoriety as a dissident.  He later became a freelance journalist, writing for two liberal, pro-reform newspapers (which were ultimately banned by the regime): *Khordad* and *Mosharekat*.

40.     Mr. Fakhravar's activism in Iran caught the ire of the ruling Iranian regime and the IRGC, and he was repeatedly penalized for his opposition.  Over the course of his time in Iran, he was arrested 18 times for his dissident activity.  He was even held as a political prisoner

---

[25] Shane Harris et al., *Tehran ramps up plots to kill, seize*, Wash. Post (Dec. 3, 2022).

in the "notorious" Evin prison—which had a long history of subjecting prisoners to "unjust and inhumane conditions."[26]

41.     In November 2002, Mr. Fakhravar was sentenced to eight years' imprisonment in Iran on charges of criticizing the Supreme Leader and the Iranian regime.  While in prison, he was tortured repeatedly by the regime:  His wrist was broken, his knee was broken, and his face was scarred.  Mr. Fakhravar's injuries continue to cause him lasting pain.

42.     In addition to physical torture, Mr. Fakhravar was also subjected to "white torture"—a method of extreme sensory deprivation.[27]  This torture technique involves keeping prisoners in solitary confinement, in conditions of near silence, in a windowless, all-white prison cell.  Even the food was white:  Mr. Fakhravar was fed white rice on a white paper plate.  The regime's "white torture" technique was designed to (and did) inflict substantial psychological and emotional harm on Mr. Fakhravar.

### 2.    Mr. Fakhravar Escaped to the United States

43.     In June 2005, Mr. Fakhravar was afforded a brief leave from prison.  During that time, he went into hiding in Iran.  In April 2006, he escaped Iran, with assistance from friends who facilitated his exit.  He managed to make it to Dubai.  There, he met Richard Perle, former head of the U.S. Defense Policy Board Advisory Committee.  Mr. Perle arranged for Mr. Fakhravar to receive a visa to come to the United States to speak about Iran.

---

[26] Jason Rezaian, *I know Iran's most notorious prison is built on abuse. Now the world can see it, too.*, Wash. Post (Aug. 25, 2021), https://www.washingtonpost.com/opinions/2021/08/25/iran-evin-prison-leaked-footage-jason-rezaian/.

[27] *See* Amnesty Int'l, *Iran: Amir Abbas Fakhravar, freelance journalist and prisoner of conscience*, (Feb. 13, 2004), https://www.amnesty.org.uk/press-releases/iran-amir-abbas-fakhravar-freelance-journalist-and-prisoner-of-conscience; CNN, *Iranian exile speaks out on colorless 'white torture,'* (Oct. 29, 2008), https://edition.cnn.com/2008/WORLD/asiapcf/10/29/amir.fakhravar.iran.torture/.

44.     On July 20, 2006, Mr. Fakhravar testified before Congress.  He participated in a hearing entitled "Iran's Nuclear Impasse: Next Steps," which was conducted by a subcommittee of the Senate Committee on Homeland Security and Governmental Affairs.[28]  In his testimony, Mr. Fakhravar discussed the atrocities committed by the Iranian regime and the IRGC.  As he explained, the "people in charge in Iran" are "brutal and oppressive."  The Iranian regime commits countless "crimes" against "the people of Iran," such as "stoning, cutting off their hands, eye gouging, and torture."  Thus, Mr. Fakhravar advocated that U.S. policy towards the Islamic Republic of Iran "should be geared toward regime change."

### 3.     The IRGC Continued to Harass and Threaten Mr. Fakhravar

45.     Over the past decade, the IRGC has used a variety of tactics to intimidate and threaten Mr. Fakhravar, all designed to stifle—or permanently silence—his criticism of the regime.  The IRGC deployed multiple terrorist schemes during this time to abduct and/or assassinate Mr. Fakhravar, members of his family, and his colleagues.

46.     **Persecution of Mr. Fakhravar's Family**.  After Mr. Fakhravar escaped Iran, the Iranian regime continued to target Mr. Fakhravar by persecuting his family members who remained there.  Mr. Fakhravar's sisters and mother were each imprisoned by the regime as part of its campaign to pressure Mr. Fakhravar to stop speaking out against the regime.[29]  The

---

[28] *See Iran's Nuclear Impasse: Next Steps* before the Fed. Fin. Mgmt., Gov't Info., and Int'l Sec. Subcomm. of the S. Comm. on Homeland Sec. and Gov't Affairs, S. Hrg. 109-966 (July 20, 2006), https://www.govinfo.gov/content/pkg/CHRG-109shrg29513/pdf/CHRG-109shrg29513.pdf.

[29] Documents leaked by the "hacktivist" group Edaalat following their infiltration of the Iranian judiciary corroborate the targeting of Mr. Fakhravar's family members.  *See, e.g.*, Justice of Iran, *File No. 8909980276200287*, https://www.edaalat.org/cases/1029721DCA1C49F6B52B1 FCFABCA9392/basic-information (charges against sister Zahra Fakhravar) (translation available upon request); *see also* Radio Free Europe, *Hacktivist Group Publishes Leaked Documents Showing Iran's Judiciary Targeting Journalists* (Feb. 23, 2024), https://www.rferl.org/a/iran-judiciary-hack-targeting-journalists/32831893.html.

12

relentless pressure from the Iranian regime eventually compelled Mr. Fakhravar's family members to leave Iran in exile, to escape further persecution.

47.     Later, though, IRGC operatives located Mr. Fakhravar's brother.  In 2011, his brother, Mohammad Reza "Arash" Fakhravar, was kidnapped in France by IRGC operatives, transported to Iran, detained in an Iranian prison, and tortured.[30]  The IRGC later forced Mr. Fakhravar's brother to denounce him on state-run television.

48.     The imprisonment and targeted harassment of his family members caused Mr. Fakhravar severe emotional distress.

49.     **Detention Abroad.**  Another example: In 2012, Mr. Fakhravar traveled to Malaysia.  When returning home, his return flight connected through Doha, Qatar.  While there, Mr. Fakhravar was detained by Qatari security forces, who interrogated him.  After the prolonged interrogation, he was able to return to the United States.  Once he was back in the United States, Mr. Fakhravar spoke with FBI agents who told him to not visit countries that have close political ties to the Islamic Republic of Iran (*e.g.*, Qatar).

50.     **Death Threats in America.**  In 2013, Mr. Fakhravar moved to Texas, and he later applied to become a U.S. citizen.  For reasons unknown to him, the processing of his citizenship application was taking an unusually long time.  He contacted FBI offices in both Washington, D.C., and Houston, Texas, to ask about the delays with his citizenship application.  Upon contacting those FBI offices, Mr. Fakhravar was informed by FBI agents that there had been an ongoing smear campaign against him, perpetrated by IRGC agents.

---

[30] *See* Amnesty Int'l, *Urgent Action: Student Activists Held in Iran*, (May 6, 2011), https://www.amnesty.org/ar/wp-content/uploads/2021/07/mde130472011en.pdf.

51.     After hearing that from the FBI agents, Mr. Fakhravar disclosed to the FBI that he had received several threatening messages through social media websites, as well as threatening telephone calls from unknown callers.  The messages and phone calls included threats of violence—including death threats—against Mr. Fakhravar and his family.

52.     At that time, Mr. Fakhravar provided the FBI with copies of some of the threatening messages that he had received.  And he explained to the FBI that, in light of his anti-regime activism, the messages were likely coming from IRGC agents in the United States.

53.     **Execution of Friend and Fellow Dissident in IRGC Attack Against National Iranian Congress Members.**  One notorious IRGC scheme involved the abduction, rendition, and execution of anti-regime activists Mr. Fakhravar and Ruhollah Zam—a fellow dissident, a co-founder of the National Iranian Congress, and close friend of Mr. Fakhravar.

54.     In October 2019, Ruhollah Zam was lured to Iraq from France, kidnapped by IRGC agents in Iraq, and then taken to Iran to stand trial.[31]

55.     During Mr. Zam's trial in Iran, the deputy prosecutor highlighted Mr. Zam's association with the National Iranian Congress—*i.e.*, the U.S.-based organization that Mr. Fakhravar co-founded—to demonstrate Mr. Zam's anti-regime activities.

56.     Mr. Zam was ultimately convicted of 17 counts, all of which involved his dissident activities.  Three counts referred to his cooperation with the National Iranian Congress and his association with Mr. Fakhravar.

57.     Mr. Zam was sentenced to death and then hanged.[32]

---

[31] *See* Superseding Indictment, *United States v. Farahani et al.*, 21cr430 (S.D.N.Y. July 13, 2021), Dkt. 14 at 5.

[32] Shane Harris et al., *Tehran ramps up plots to kill, seize*, Wash. Post (Dec. 3, 2022).

58.     Following Mr. Zam's death, the IRGC released documentary videos to tarnish Mr. Zam's reputation.  In those videos, the IRGC criticized Mr. Fakhravar's dissident activism, too.

59.     Mr. Zam's death profoundly affected Mr. Fakhravar.  Mr. Zam was a colleague and very close friend who was murdered by the brutal IRGC for being a dissident.

60.     Not only that, but Mr. Zam's death confirmed for Mr. Fakhravar that he was a target of the IRGC and its agents in the United States under the same scheme to abduct and execute Iranian dissidents.

61.     Based on conversations with confidential sources, Mr. Fakhravar understands that IRGC agents have included him among the list of dissidents living abroad that the regime also planned (and plans) to execute or abduct, send to Iran, and bring to trial in Iran (with a death sentence being a foregone conclusion).[33]

**B.     In Recent Years, IRGC Agents in the United States Have Continued to Surveil, Harass, Threaten, and Attempt to Assassinate Mr. Fakhravar**

62.     IRGC agents in the United States continued to threaten Mr. Fakhravar and his family on numerous occasions in recent years.  While Mr. Fakhravar has not been directly physically attacked (yet), these schemes have caused Mr. Fakhravar persistent emotional distress, due to the constant threat of being abducted, extradited to Iran, and sentenced to death—or being assassinated on U.S. soil.

63.     While Mr. Fakhravar had been targeted repeatedly by IRGC agents since he escaped to America, the frequency and severity of these threats escalated in January 2020, as part

---

[33] *See* Shane Harris et al., *Tehran ramps up plots to kill, seize*, Wash. Post (Dec. 3, 2022) ("[T]he government of Iran had developed a list of people living abroad whom it deemed a threat to the regime.")

of the regime's campaign of retaliation for the death of the head of the Qods Force, Maj. Gen. Qasem Soleimani.

64.     In January 2020, FBI agents visited Mr. Fakhravar at his home.  During that visit, the agents explained that there had been a systematic effort by IRGC agents in the United States to surveil him.  The FBI agents explained that the IRGC may attempt to hack into his cell phone or his laptop to collect sensitive information about him.  He was also warned that IRGC agents may visit his home to surveil him or harm him or his family, or that agents may use surveillance equipment to monitor Mr. Fakhravar and his family.

65.     According to those agents, the FBI's intelligence suggested that IRGC agents in the United States were targeting Mr. Fakhravar for assassination or abduction, followed by rendition to Iran for trial.

66.     Since that January 2020 meeting, Mr. Fakhravar has had over 40 meetings with FBI agents to discuss the on-going and escalating campaign of threats against him by IRGC agents.[34]

67.     The IRGC's campaign of threats has included, among other things, a steady stream of death threats against Mr. Fakhravar, his spouse, and his child.  Those threats have been communicated over the phone and through messaging on social media websites.  Those threats have been communicated by IRGC agents in the United States.

68.     Beyond these frequent, general threats to Mr. Fakhravar's life, there have been several specific IRGC plots to assassinate him.  For example, in late 2019, Mr. Fakhravar and Mr. Zam were targets of the IRGC's plot to lure, abduct, and execute Iranian dissidents

---

[34] These meetings are highly confidential; FBI agents have told Mr. Fakhravar to not disclose details about the participants in the meetings or the substance of the meetings.

associated with the National Iranian Congress.  Although the IRGC failed to abduct Mr.

Fakhravar in that attack, they succeeded in abducting and killing Mr. Zam.  Over the past few

years, the IRGC has made numerous other attempts to abduct and/or kill Mr. Fakhravar.

69. **Poisoning Plot.**  One threat to the lives of Mr. Fakhravar and his wife involved an

undercover IRGC agent in Texas.  That IRGC agent attempted to befriend Mr. Fakhravar and his

wife, attempting to bond over their shared ethnicity.  Given the relatively small community of

ethnic Iranians living near Mr. Fakhravar's home in Texas, he and his wife became friendly with

the agent.  Mr. Fakhravar and his wife ultimately invited the IRGC agent and her fiancé to their

home several times.

70. During one such visit, Mr. Fakhravar discovered the so-called friend (*i.e.*, the

agent) using her phone to surreptitiously record video of the interior of Mr. Fakhravar's home.

When he confronted the so-called friend about this, Mr. Fakhravar recognized that she was

videoconferencing with individuals in Iran.

71. Disturbed by this invasive behavior, Mr. Fakhravar reported the incident to the

FBI and to his contacts overseas.

72. After reporting the incident, Mr. Fakhravar learned the truth about the so-called

friend:  She was an IRGC agent.

73. Even more disturbing, Mr. Fakhravar learned that the agent intended to fatally

poison him.[35]

---

[35] The FBI continues to investigate this individual, so more information cannot be disclosed
about her.

74.    **Plot to Kidnap Dissidents**.  In the summer of 2020, during a meeting with FBI agents, Mr. Fakhravar learned that the FBI had neutralized a serious threat against Masih Alinejad, a fellow Iranian dissident–journalist who was living in America.

75.    Masih Alinejad was a journalist, author, and human rights activist residing in Brooklyn, New York.  She was a U.S. citizen who was originally born in Iran.  She was targeted by the Iranian regime because—like Mr. Fakhravar—she was a vocal critic of the Iranian regime's human rights abuses, discriminatory treatment of women, suppression of democratic participation and expression, and use of torture and execution to target political opponents.[36]

76.    The plot, as detailed in an unsealed indictment, involved IRGC agents procuring the services of private investigators to "surveil, photograph, and video record" Ms. Alinejad, as part of a "plot to kidnap" her for rendition to Iran.[37]

77.    During Mr. Fakhravar's meeting with FBI agents, he was told that he was also a target of the IRGC's kidnapping plot.

78.    After the FBI foiled that plot, the FBI arranged for multiple safe houses where Mr. Fakhravar and his family could be transported in the event of an imminent threat.  The FBI also began to more closely monitor Mr. Fakhravar's movements, in addition to taking other security precautions.

79.    **Assassination Plot on U.S. Soil**.  In March 2021, Mr. Fakhravar met with FBI agents who informed him that he was once again a target in an IRGC assassination plot.

---

[36] *See* Superseding Indictment, *United States v. Farahani*, 21cr430 (S.D.N.Y. July 13, 2021), Dkt. 14.

[37] *See* Superseding Indictment, *United States v. Farahani*, 21cr430 (S.D.N.Y. July 13, 2021), Dkt. 14 at 3.

80.     This plot involved a scheme to also assassinate former U.S. Secretary of State Mike Pompeo and former U.N. Ambassador John Bolton.[38]

81.     FBI agents told Mr. Fakhravar that the assassination plot was led by IRGC operative Shahram Poursafi—but it would be conducted by IRGC agents in the United States.

82.     Mr. Fakhravar later learned that Poursafi and other IRGC agents were trying to locate and surveil him in Texas.  He learned this information through an audio recording on the social networking application Clubhouse.  Mr. Fakhravar shared the audio recording with the FBI, and he posted it on his own YouTube page.[39]

83.     The FBI later told Mr. Fakhravar that, in connection with this plot, an IRGC agent in the United States intended to travel to Texas to assassinate him.

84.     **Plot in Germany**.  In March 2024, Mr. Fakhravar learned that the IRGC attempted to kidnap and/or assassinate Mr. Fakhravar and members of his family in Germany.

85.     On March 1, 2024, members of the German police (Polizei Nordhein-Westfalen, Bielefeld) met with Mr. Fakhravar's sister, Fatemeh (Setareh) Fakhravar to brief her on a recent attempt by the IRGC to attack her family and Mr. Fakhravar., and to confirm the safety of her family.

86.     Mr. Fakhravar's sister learned from the German police officers that the IRGC had hired an agent to attack his sister (and Mr. Fakhravar, if he had been visiting her) in Germany as

---

[38] *See* Dep't of Justice, *Member of Iran's Islamic Revolutionary Guard Corps (IRGC) Charged with Plot to Murder the Former National Security Advisor* (Aug. 10, 2022), https://www.justice.gov/opa/pr/member-irans-islamic-revolutionary-guard-corps-irgc-charged-plot-murder-former-national.

[39] That audio recording, with English subtitles, is available on Mr. Fakhravar's YouTube page. *See* YouTube, *FBI has evidence of IRGC's terror plot against Amir Fakhravar* (June 2, 2023), https://www.youtube.com/watch?v=mrmM5pIve3I.

retribution for his role and his activities in connection with the National Iranian Congress, and his criticisms of the regime.

87.     Mr. Fakhravar's sister was also told that the IRGC had instructed its local agent to kidnap and/or assassinate her or Mr. Fakhravar.

88.     German police intelligence also revealed that IRGC officials in the Iranian embassy in Germany were involved in efforts to locate and assassinate Mr. Fakhravar.

89.     The German police officers warned that, because of Mr. Fakhravar's dissident activities, his sister was at high risk of IRGC kidnapping or assassination plots, so she and her family should exercise extreme caution.  The officers also promised additional security and protection from the police.

90.     **Plot to Execute Mr. Fakhravar.**  In April 2024, Mr. Fakhravar met again with FBI agents, and they informed him of a sadistic IRGC plot that they had foiled.

91.     The FBI agents explained to Mr. Fakhravar that the FBI had recently arrested an IRGC agent in the United States.  Upon his arrest, that IRGC agent admitted that he planned to surveil Mr. Fakhravar and his family, locate them, execute Mr. Fakhravar's wife and child—while forcing Mr. Fakhravar to watch their executions—and then murder Mr. Fakhravar.

92.     The FBI agents explained that while they managed to arrest this IRGC agent, threats to the lives of Mr. Fakhravar and his family members remained.  Accordingly, the FBI established new, robust security procedures for Mr. Fakhravar to follow.

93.     This episode—like the preceding ones—was particularly damaging to Mr. Fakhravar's mental health.  It became clear to him that the IRGC not only wanted to assassinate him and his family, but also that the IRGC sought to inflict maximum psychological torment before murdering him.

C. **The IRGC Plots Have Caused Mr. Fakhravar Profound Mental and Emotional Harm**

94.    Over the past decade—and in the past four years, in particular—Mr. Fakhravar has lived under the constant threat that he, his wife, or his child may be abducted or assassinated by IRGC agents.

95.    Mr. Fakhravar lives each day saddled with the fear that it may be his last, or it may be the last of a beloved family member.  He is constantly anxious and fearful, even in his own home.  He has been forced to sleep with a gun under his pillow, as a last-resort defense against an IRGC agent who may break into his home.

96.    Mr. Fakhravar cannot sleep soundly; he checks on his child several times every night, worrying that an IRGC agent may try to kidnap his child during the night.

97.    The acts of the Islamic Republic of Iran—carried out through IRGC agents in the United States—have prevented Mr. Fakhravar from living a remotely normal life.  And he fears that his life will never be normal again—as long as he, along with his immediate and extended family members, remain targets of the Iranian regime and its IRGC agents in the United States.

V.    **CLAIMS FOR RELIEF**

**COUNT ONE**

**INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS**

98.    Plaintiff incorporates the allegations above.

99.    The Islamic Republic of Iran, through its agents in the United States, intentionally or recklessly surveilled, threatened (including with death threats), harassed, and targeted Mr. Fakhravar for abduction or assassination.

100.    The conduct of the Islamic Republic of Iran's agents in the United States was extreme and outrageous, considering the frequency and severity of the conduct.

101.     The death threats, harassment, surveillance, and targeting by the Islamic Republic of Iran's agents in the United States have caused Mr. Fakhravar severe emotional distress.

102.     Mr. Fakhravar has experienced depression and severe anxiety, which have negatively affected his demeanor.  Moreover, this psychological torment has caused his physical health to deteriorate.

103.     The distress Mr. Fakhravar has been forced to endure has been so severe that no reasonable person could be expected to endure it.

104.     These tortious acts were caused by agents of the Islamic Republic of Iran, who formed the requisite intent and acted in the United States.  These tortious acts occurred primarily in Texas.

105.     Mr. Fakhravar was a U.S. national when the tortious acts were committed.

106.     None of these actions were taken pursuant to the exercise or performance of a discretionary state function.

107.     In addition to emotional harm, Mr. Fakhravar has suffered economic harm.  These tortious actions have severely limited Mr. Fakhravar's employment opportunities.

108.     The Islamic Republic of Iran is liable for the actions of its agents to the same manner and extent as a private individual found liable these acts.  *See* 28 U.S.C. §1606.

## <u>COUNT TWO</u>

### **INVASION OF PRIVACY**

109.     Plaintiff incorporates the allegations above.

110.     The Islamic Republic of Iran, through its agents in the United States, intentionally or recklessly intruded, physically and otherwise, upon Mr. Fakhravar's solitude, seclusion, and private affairs and concerns.

111.    The Islamic Republic of Iran, through its agents in the United States, surveilled Mr. Fakhravar, Mr. Fakhravar's family, and Mr. Fakhravar's home.

112.    The Islamic Republic of Iran, through its agents in the United States, made and broadcast recordings of Mr. Fakhravar, his family members, and his home without his consent.

113.    The conduct of the Islamic Republic of Iran's agents is highly offensive to a reasonable person.

114.    These tortious acts were caused by agents of the Islamic Republic of Iran, who formed the requisite intent and acted in the United States.  These tortious actions occurred in Texas.

115.    Mr. Fakhravar was a U.S. national when the tortious acts were committed.

116.    None of these actions were taken pursuant to the exercise or performance of a discretionary state function.

117.    In addition to emotional harm, Mr. Fakhravar has suffered economic harm.  These tortious actions have severely limited Mr. Fakhravar's employment opportunities.

118.    The Islamic Republic of Iran is liable for the actions of its agents to the same manner and extent as a private individual found liable these acts.  *See* 28 U.S.C. §1606.

### **COUNT THREE**

### **ASSAULT: THREATENING ANOTHER WITH IMMINENT BODILY INJURY**

119.    Plaintiff incorporates the allegations above.

120.    The Islamic Republic of Iran, through its agents in the United States, intentionally or knowingly threatened Mr. Fakhravar with imminent bodily injury.

121.    The Islamic Republic of Iran, through its agents in the United States, intentionally or knowingly threatened Mr. Fakhravar's spouse with imminent bodily injury.

122.     The Islamic Republic of Iran, through its agents in the United States, intentionally or knowingly threatened Mr. Fakhravar's child with imminent bodily injury.

123.     Due to the acts of the Islamic Republic of Iran's agents in the United States, Mr. Fakhravar has suffered fear of imminent bodily injury—to himself, to his spouse, and to his child.

124.     These tortious acts were caused by agents of the Islamic Republic of Iran, who formed the requisite intent and acted in the United States.  These actions occurred in Texas.

125.     Mr. Fakhravar was a U.S. national when the tortious acts were committed.

126.     None of these actions were taken pursuant to the exercise or performance of a discretionary state function.

127.     In addition to emotional harm, Mr. Fakhravar has suffered economic harm.  These tortious actions have severely limited Mr. Fakhravar's employment opportunities.

128.     The Islamic Republic of Iran is liable for the actions of its agents to the same manner and extent as a private individual found liable these acts.  *See* 28 U.S.C. §1606.

## COUNT FOUR

## PERSONAL INJURY UNDER 28 U.S.C. §1605A

129.     Plaintiff incorporates the allegations above.

130.     Mr. Fakhravar was injured by acts of torture, extrajudicial killing, aircraft sabotage, hostage taking, or the provision of material support or resources for such acts, and such acts or provision of material support or resources were committed by officials, employees, or agents of the Islamic Republic of Iran while acting within the scope of their office, employment, or agency.

131.    The terrorist attacks that injured Mr. Fakhravar, including the 2019 plot to abduct and kill Iranian dissidents associated with the National Iranian Congress, occurred in the United States (with respect to Mr. Fakhravar).

132.    The Islamic Republic of Iran was designated as a State Sponsor of Terrorism at the time of the terrorist acts that injured Mr. Fakhravar and remains so today.

133.    At the time of the attacks in which Mr. Fakhravar was injured, Mr. Fakhravar was a national of the United States and remains so today.

134.    The Islamic Republic of Iran's conduct was criminal, outrageous, extreme, wanton, willful, malicious, and a threat to the public, warranting an award of punitive damages against the Islamic Republic of Iran pursuant to 28 U.S.C. §1605A(c).

135.    As a result of the Islamic Republic of Iran's liability under 28 U.S.C. §1605A(c), Mr. Fakhravar is entitled to recover compensatory damages, including, but not limited to, damages for his physical injuries, extreme mental anguish, pain and suffering, economic damages, solatium damages, and punitive damages as determined by the trier of fact.

## **PRAYER FOR RELIEF**

136.   Mr. Fakhravar requests that the Court:

a.   Enter judgment against the Islamic Republic of Iran;

b.   Award Mr. Fakhravar compensatory and punitive damages to the maximum

extent permitted by law, including but not limited to pain and suffering,

economic damages, and punitive damages;

c.   Award Mr. Fakhravar pre-judgment interest;

d.   Award Mr. Fakhravar costs, expenses, and attorneys' fees; and

e.   Award Mr. Fakhravar any such further relief the Court deems just and proper.


Dated: June 17, 2024                         Respectfully submitted,

/s/ Ryan R. Sparacino

Ryan R. Sparacino (D.C. Bar No. 493700)
SPARACINO PLLC
1920 L Street, NW, Suite 835
Washington, D.C. 20036
Tel: (202) 629-3530
ryan.sparacino@sparacinopllc.com

*Counsel for Amir Fakhravar*