IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMIR FAKHRAVAR,<br><br>                    *Plaintiff*,<br><br>    v.<br><br>ISLAMIC REPUBLIC OF IRAN,<br><br>                    *Defendant*. | Case No. 1:24-cv-01760 |

**PLAINTIFF'S EX PARTE MOTION FOR WAIVER OF LOCAL CIVIL RULE 5.1(c)**

Plaintiff seeks relief from Local Civil Rule 5.1(c)'s requirement that his Complaint include "the name and full residence address" of Plaintiff. In support of his request, Plaintiff states the following:

1. This is a civil action under the Foreign Sovereign Immunities Act (28 U.S.C. §§ 1605 and 1605A) alleging that the Islamic Republic of Iran sponsored terrorist attacks and other tortious acts against Plaintiff.  Plaintiff is a U.S. citizen who was injured by terrorist attacks and other tortious conduct carried out or materially supported by the Islamic Republic of Iran.

2. Plaintiff has experienced severe emotional trauma stemming from the attacks and other conduct set forth in the Complaint, including the on-going attempts by the Islamic Republic of Iran to kidnap and/or assassinate Plaintiff on U.S. soil. *See* Compl. ¶¶ 5-7, 37-38, 48, 62, 94-97.

3. Publicly disclosing Plaintiff's home address will likely subject him and his family to harassment and/or violent threats to their personal safety. Any such threats or harassment would likely intensify the emotional trauma that Plaintiff has already experienced. *See Yaman v.*

*U.S. Dep't of State*, 786 F. Supp. 2d 148, 153 (D.D.C. 2011) (listing relevant factors for granting relief from Rule 5.1(c), including any "risk of retaliatory physical or mental harm to the requesting party").

4. Courts in this District routinely grant relief from Local Civil Rule 5.1(c) in comparable terrorism cases brought by U.S. citizens. *See, e.g.,* Minute Order, *Schmitz v. Ericsson Inc.*, No. 22-cv-2317-CKK (D.D.C. Aug. 9, 2022); Minute Order, *Atchley v. Astrazeneca*, No. 17-cv-02136-RJL (D.D.C. Oct. 23, 2017); Minute Order, *Holladay v. Islamic Republic of Iran*, No. 17-cv-00915-RDM (D.D.C. May 22, 2017); Minute Order, *Hake v. Bank Markazi Jomhouri Islami Iran*, No. 17-cv-00114-TJK (D.D.C. Jan. 27, 2017); Minute Order, *Stearns v. Islamic Republic of Iran*, No. 17-cv-00131-TJK (D.D.C. Jan. 27, 2017); Minute Order, *Ofisi v. BNP Paribas, S.A.*, No. 15-cv-02010-JDB (D.D.C. Nov. 20, 2015).

5. Plaintiff is prepared to file under seal his name and residential address within 30 days. That is consistent with the relief that courts in this District typically order in terrorism cases, *see supra* ¶ 4, and such a sealed filing will neither prejudice Defendant nor interfere with the efficient administration of this case.

6. Pursuant to Local Civil Rule 7(c), Plaintiff attaches to this motion a proposed order entering the relief requested above.

Dated: June 18, 2024	Respectfully Submitted,

/s/ Ryan R. Sparacino

Ryan R. Sparacino (D.C. Bar No. 493700)
SPARACINO PLLC
1920 L Street, NW, Suite 835
Washington, D.C. 20036
Tel: (202) 629-3530
ryan.sparacino@sparacinopllc.com

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

    I hereby certify that on this 18th day of June, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will then send a notification of such filing (NEF) to all counsel of record.

                                              /s/ Ryan R. Sparacino

                                              Ryan R. Sparacino (D.C. Bar No. 493700)