IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMIR FAKHRAVAR,<br><br>*Plaintiff*,<br><br>v.<br><br>ISLAMIC REPUBLIC OF IRAN,<br><br>*Defendant*. | Case No. 1:24-cv-01760 |

**[PROPOSED] ORDER GRANTING PLAINTIFF'S<br>EX PARTE MOTION FOR WAIVER OF LOCAL CIVIL RULE 5.1(c)**

On consideration of Plaintiff's Ex Parte Motion for Waiver of Local Civil Rule 5.1(c), the Court grants the motion and orders that:

(1) Plaintiff is excused from publicly filing his residence address information with his Complaint in accordance with Local Civil Rule 5.1(c); and

(2) Plaintiff shall file under seal his name and full residential address within thirty (30) days of this Order.

Dated: _____, 2024        _____

United States District Judge